| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | BPA Michael Everson | Telephone: (703) 930-8484 |

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Uziel AGUILAR-ROSALES | Case: 2:23-mj-30472<br>Assigned To : Unassigned<br>Case No. Assign. Date : 11/27/2023<br>CMP: USA v AGUILAR-ROSALES (MAW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 8, 2023__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a),(b)(1) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about November 8, 2023, in the Eastern District of Michigan, Southern Division, Uziel AGUILAR-ROSALES, an alien from Mexico who had previously been convicted of a felony offense, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about February 5, 2015, at or near El Paso, Texas and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), (b)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __November 27, 2023__

City and state: __Detroit, MI__

*Judge's signature*

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Uziel AGUILAR-ROSALES, which reveals the following:

2. AGUILAR-ROSALES is a thirty-eight-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about June 29, 2011, AGUILAR-ROSALES was arrested by Border Patrol Agents at or near Macomb, Michigan. He was issued a Notice to Appear.

4. On or about July 21, 2011, AGUILAR-ROSALES was arrested by Macomb County Sheriff's Department and charged with Controlled Substance-Delivery/Manufacture.

5. On or about September 20, 2011, AGUILAR-ROSALES was convicted in the 16th Circuit Court for Felony Controlled Substance-Delivery/Manufacture Less than 50 grams, in violation of MCL 333.74012A4. He was sentenced to 180 days in jail.

6. On or about January 18, 2012, AGUILAR-ROSALES was ordered removed by an Immigration Judge in Detroit.

7. On or about January 24, 2012, AGUILAR-ROSALES was removed back to Mexico through Laredo, Texas

8. On or about March 21, 2013, AGUILAR-ROSALES was arrested by Border Patrol Agents at or near Brownsville, Texas and his prior order of removal was reinstated.

9. On or about March 25, 2013, AGUILAR-ROSALES was removed back to Mexico through Brownsville, Texas.

10. On or about October 9, 2013, AGUILAR-ROSALES was arrested by Border Patrol Agents at or near Brownsville, Texas and his prior order of removal was reinstated.

11. On or about February 10, 2014, AGUILAR-ROSALES was convicted for 8 USC Section 1326(a) and (b) and was sentenced to 18 months in jail and 2-years supervised release non-reporting with a special condition to not re-enter the United States.

12. On or about February 5, 2015, AGUILAR-ROSALES was removed back to Mexico through El Paso, Texas.

13. On or about November 8, 2023, Detroit Border Patrol Station was contacted by Macomb County Sheriff's Department following an arrest of AGUILAR-ROSALES for domestic violence. An immigration detainer was placed for him by the Border Patrol. Immigration Customs Enforcement transported and processed him. His prior order of removal was reinstated.

14. Uziel AGUILAR-ROSALES's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that AGUILAR-ROSALES is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that AGUILAR-ROSALES legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

15. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. Review of the Alien File (A# xxx xxx 203) for Uziel AGUILAR-ROSALES and queries in Department of Homeland Security databases confirm no record exists of AGUILAR-ROSALES obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on February 5, 2015.

17. Based on the above information, I believe there is probable cause to conclude that Uziel AGUILAR-ROSALES, is an alien, who was previously convicted of a felony offense, and who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a), (b)(1).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge